**Fill in this information to identify your case:**

Debtor 1  **Michael Neil Bossert**
           First Name         Middle Name         Last Name

Debtor 2  _____
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number _____
(if known)

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                              12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**  **List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|   |   |   | **Unsecured claim** |
|---|---|---|---|
| **1** **Advance Business Technology, Inc.** 1600 Oakwood Ave Kannapolis, NC 28081 _____ Contact _____ Contact phone | **What is the nature of the claim?**  **Probable guarantee of debt** **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply **Does the creditor have a lien on your property?** ■ No ☐ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | | **$70,400.00** - |
| **2** **American Express** PO Box 981535 El Paso, TX 79998-1535 _____ Contact | **What is the nature of the claim?**  **Credit card** **As of the date you file, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed ■ None of the above apply **Does the creditor have a lien on your property?** ■ No ☐ Yes. Total claim (secured and unsecured) | | **$10,205.00** |

Debtor 1  **Michael Neil Bossert**   Case number *(if known)*

Contact phone

Value of security: -
Unsecured claim

---

**3**

**Citi Bank MC**
**PO Box 9001055**
**Louisville, KY 40290-1055**

Contact

Contact phone

What is the nature of the claim?   **Casey's credit card**   **$11,077.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**4**

**Cocke County Trustee**
**111 Court Ave**
**#107**
**Newport, TN 37821**

Contact

Contact phone

What is the nature of the claim?   **Property tax**   **$10,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**5**

**Dell Financial Services**
**PO Box 5292**
**Carol Stream, IL 60197-5292**

Contact

Contact phone

What is the nature of the claim?   **$18,341.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**6**

**Discover Card Services**
**PO Box 6103**
**Carol Stream, IL 60197-6103**

What is the nature of the claim?   **Casey's credit card**   **$19,942.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Debtor 1  **Michael Neil Bossert**          Case number *(if known)*

---

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security: -
    - Unsecured claim

Contact
Contact phone

---

**7**

**Home Depot Credit Card**
**6716 Grade Lane**
**Building 9, Ste 910**
**Louisville, KY 40213**

**What is the nature of the claim?**  **Casey's credit card**   **$27,664.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security: -
    - Unsecured claim

Contact
Contact phone

---

**8**

**Home Depot Credit Card**
**6716 Grade Lane**
**Building 9, Ste 910**
**Louisville, KY 40213**

**What is the nature of the claim?**  **Mike's credit card**   **$16,181.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security: -
    - Unsecured claim

Contact
Contact phone

---

**9**

**James and Jessica Summers**
**c/o The Taylor Law Office**
**Attn: Whitney Taylor, Attorney**
**120 W. Main Street**
**Kingsport, TN 37660**

**What is the nature of the claim?**  **Settlement has been reached in claim**   **$27,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    - Value of security: -
    - Unsecured claim

Contact
Contact phone

---

**10**

**What is the nature of the claim?**  **Personal guarantee**   **$200,000.00**

---

Debtor 1   **Michael Neil Bossert**                              Case number *(if known)*

**Kalamata 1**
**Blue Hill Plaza**
**Lobby Level #1509**
**Pearl River, NY 10965**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    -
  - Unsecured claim

Contact

Contact phone

---

**11**

**Lowe's Commercial**
**PO Box 71725**
**Philadelphia, PA 19176-1725**

**What is the nature of the claim?**   **For business - personal guarantee**   **$25,853.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    -
  - Unsecured claim

Contact

Contact phone

---

**12**

**Lowes**
**PO Box 530970**
**Atlanta, GA 30353**

**What is the nature of the claim?**   **Mike's credit card**   **$8,552.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    -
  - Unsecured claim

Contact

Contact phone

---

**13**

**Lowes**
**PO Box 530970**
**Atlanta, GA 30353**

**What is the nature of the claim?**   **Casey's credit card**   **$7,222.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No

---

Debtor 1  **Michael Neil Bossert**   Case number *(if known)*

Contact

Contact phone

☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -
   Unsecured claim

---

**14**

**Newco Capital Group IV, LLC**
**c/o Crystal Cole, Attorney**
**PO Box 160760**
**Nashville, TN 37216**

**What is the nature of the claim?**   **Personal guarantee**   **$35,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                          -
   Unsecured claim

Contact

Contact phone

---

**15**

**ORNL**
**PO Box 365**
**Oak Ridge, TN 37831**

**What is the nature of the claim?**   **2021 Dodge Ram Pickup**   **$10,000.00**
**Used by outside salesman**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$30,000.00**
   Value of security:                     -   **$20,000.00**
   Unsecured claim                            **$10,000.00**

Contact

Contact phone

---

**16**

**ORNL**
**PO Box 365**
**Oak Ridge, TN 37831**

**What is the nature of the claim?**   **2022 Chevy Red truck**   **$9,845.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$39,845.00**
   Value of security:                     -   **$30,000.00**
   Unsecured claim                            **$9,845.00**

Contact

Contact phone

---

**17**

**PEAC Solutions**

**What is the nature of the claim?**   **Printing equipment**   **$31,820.00**

---

Debtor 1   **Michael Neil Bossert**   Case number *(if known)* _____

**300 Fellowship Road**
**Mount Laurel, NJ 08054**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   _____
   Value of security:   - _____
   Unsecured claim   _____

Contact _____
Contact phone _____

---

**18**

**Schrock Cabinets**
**1 Masterbrand Cabinets**
**Jasper, IN 47546**

**What is the nature of the claim?**   **Guarantee**   **$65,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   _____
   Value of security:   - _____
   Unsecured claim   _____

Contact _____
Contact phone _____

---

**19**

**Target Financial Services**
**ATTN:  Bankruptcy**
**P.O. Box 9475**
**Minneapolis, MN 55440**

**What is the nature of the claim?**   **Credit card**   **$8,205.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   _____
   Value of security:   - _____
   Unsecured claim   _____

Contact _____
Contact phone _____

---

**20**

**Truist Card Services**
**P.O. Box 200**
**Wilson, NC 27894-0200**

**What is the nature of the claim?**   **credit card**   **$14,904.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   _____
   Value of security:   - _____

Contact _____

| Debtor 1 | **Michael Neil Bossert** | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Unsecured claim | |

## Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Michael Neil Bossert**
**Michael Neil Bossert**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **March 31, 2025**

Date _____