## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

## MEMORANDUM

**DATE:** April 1, 2025

**REPLY TO ATTN OF:** Office of the Clerk, United States Bankruptcy Court
Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 330
Knoxville, Tennessee 37902

**SUBJECT:** 3:25-bk-30618-SHB Michael Neil Bossert
Chapter 11

**TO:** Thomas Lynn Tarpy
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 Northshore Drive
Landmark Tower North
Suite N-290
Knoxville, TN 37919

    Please file statement disclosing compensation paid to or promised to be paid to the attorney for the debtor. A statement must be filed within 14 days from date petition filed.