# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Michael Neil Bossert**                                         Case No.
                                    Debtor(s)                           Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 31, 2025**          /s/ **Michael Neil Bossert**
                                    **Michael Neil Bossert**
                                    Signature of Debtor

Date:  **March 31, 2025**          /s/ **Lynn Tarpy TN**
                                    Signature of Attorney
                                    **Lynn Tarpy TN 006017**
                                    **Tarpy, Cox, Fleishman & Leveille, PLLC**
                                    **1111 N Northshore Dr**
                                    **Suite N-290**
                                    **Knoxville, TN 37919**
                                    **(865) 588-1096   Fax: (865) 588-1171**