# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Michael Neil Bossert**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 31, 2025**

/s/ **Michael Neil Bossert**
**Michael Neil Bossert**
Signature of Debtor

Date:  **March 31, 2025**

/s/ **Lynn Tarpy TN**
Signature of Attorney
**Lynn Tarpy TN 006017**
**Tarpy, Cox, Fleishman & Leveille, PLLC**
**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
**(865) 588-1096   Fax: (865) 588-1171**

Lynn Tarpy TN
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N Northshore Dr
Suite N-290
Knoxville, TN 37919

A&M Supply Corp.
P.O. Box 863602
Orlando, FL 32886-3620

Advance Business Technology, Inc.
1600 Oakwood Ave
Kannapolis, NC 28081

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express ADR
c/o CT Corporation
28 Liberty Street
New York, NY 10005

Assentium
23970 US 59
Kingwood, TX 77339

AT&T
PO Box 9001309
Louisville, KY 40290-1309

BMO
PO Box 3040
Cedar Rapids, IA 52406-3040

BMO Harris Bank, N.A.
c/o Greg Logue, Attorney
PO Box 900
Knoxville, TN 37901-0900

Casey Bossert
c/o Jed McKeehan, Attorney
Suite P-295
1111 N. Northshore Drive
Knoxville, TN 37919

Casey Bossert
1975 Lakebrook Circle
Dandridge, TN 37725

Citi Bank MC
PO Box 9001055
Louisville, KY 40290-1055

Cocke County Trustee
111 Court Ave
#107
Newport, TN 37821

Dell Financial Services
PO Box 5292
Carol Stream, IL 60197-5292

Discover Card Services
PO Box 6103
Carol Stream, IL 60197-6103

Ferguson Enterprise, Inc.
6422 Deane Hill Drive
Knoxville, TN 37919

Fifth Third Bank
P.O. Box 630778
Cincinnati, OH 45263-0778

First Citizens Bank
P. O. Box 63068
Charlotte, NC 28263-3068

GM Financial
1501 North Plano Rd.
Suite 100
Dallas, TX 75265-0595

Home Depot Credit Card
6716 Grade Lane
Building 9, Ste 910
Louisville, KY 40213

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

James and Jessica Summers
c/o The Taylor Law Office
Attn: Whitney Taylor, Attorney
120 W. Main Street
Kingsport, TN 37660

Jason Rogers, Esquire
PO Box 869
Knoxville, TN 37901-0869

Jefferson County Trustee
P.O. Box 38
Dandridge, TN 37725

Jerry McCarter, Esquire
PO Box 14
Gatlinburg, TN 37738

John Deere Credit
aka Deere Credit Services, Inc.
P. O. Box 6600
Johnston, IA 50131

Kalamata 1
Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965

Lansing Building Products
1801 3rd Creek Road
Knoxville, TN 37921

Lowe's Commercial
PO Box 71725
Philadelphia, PA 19176-1725

Lowes
PO Box 530970
Atlanta, GA 30353

M. Edward Owens, Esquire
PO Box 2425
Knoxville, TN 37901-2425

Matthew Lamberth, Attorney
Suite P-295
1111 N. Northshore Dr
Knoxville, TN 37919

Mitsubishi Capital
800 Connecticut Ave
Norwalk, CT 06854

Newco Capital Group IV, LLC
c/o Crystal Cole, Attorney
PO Box 160760
Nashville, TN 37216

ORNL
PO Box 365
Oak Ridge, TN 37831

PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

Pinnacle Financial Partners
150 3rd Avenue South
Ste 900
Nashville, TN 37201

Schrock Cabinets
1 Masterbrand Cabinets
Jasper, IN 47546

Scott D. Hall, Esquire
374 Forks of the River Pkwy
Sevierville, TN 37862

Sevier County Clerk & Master
PO Box 4426
Sevierville, TN 37864-4426

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603

State of Tennessee
Attn: Martha H. McCampbell, Attorney
First Floor, Historic Post Office Bldg.
561 West Main Street
Knoxville, TN 37902

Target Financial Services
ATTN: Bankruptcy
P.O. Box 9475
Minneapolis, MN 55440

Truist Card Services
P.O. Box 200
Wilson, NC 27894-0200

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

US Bank
c/o Erno Lindner, Esquire
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450

US Bank
c/o Erno Linder, Esquire
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450

Walt Winchester, Esq.
Winchester, Sellers, Foster & Steele
P.O. Box 2428
Knoxville, TN 37901-2428

```
Wells Fargo Auto Finance
PO Box 29704
Phoenix, AZ 85038-9704
```