IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL NEIL BOSSERT, | § | No. 3:25-bk-30618-SHB |
| | § | Chapter 11 |
| | § | |
| Debtor. | § | |

## CASE MANAGEMENT SUMMARY

Comes the debtor, by counsel, and files this Case Management Summary –

1. The debtor is an individual who operates a countertop and cabinet business based in Dandridge, Tennessee, with a retail outlet in Sevierville and a factory/warehouse in Newport. He also owns various real estate in Jefferson, Cocke, and Sevier Counties in Tennessee. Most of the properties are owned with his wife and some are owned with his son.

2. The debtor has 14 employees and is current on his payroll. There are sales tax obligations for January and February 2025. There are 941 taxes owed for the last three quarters of 2023 and 2024.

3. The debtor's business previously operated as a limited liability company. He is investigating presently as to whether or not to reinstate the now inactive LLC. It was administratively dissolved after Mr. Bossert suffered a stroke in 2023 and other health conditions in 2024 and he was unable to attend to his business.

4. The debtor filed for bankruptcy as a result of a pending foreclosure by Pinnacle Bank on April 1, 2025, on four of his properties including where the business operates in Dandridge and Sevierville and on the Cocke County property.

5. US Bank has a lien on a Baca saw to cut and shape marble, granite, and other stone for countertops and other uses. John Deere Credit has a lien on a skid steer and mini

excavator. Assentium, BMO, GM Financial, Mitsubishi Capital, ORNL, and Wells Fargo have liens on the vehicles owned by the debtor.

6. Pinnacle Financial partners has liens on the Meeting Street, Lakebrook Circle, and Goddard properties in Jefferson County, the Sevierville property, and the Newport (Cocke County) property.

7. The debtor owes approximately $630,000.00 to unsecured creditors for trade debt and personal credit card use by him and his wife.

8. The debtor owes approximately $10,000.00 to Cocke County for real property taxes.

9. The debtor is not certain what income tax obligations, if any, that he has.

10. The Sevierville property is currently the subject of a condemnation action by the State of Tennessee. The State is trying to amend a judgment it received ten years ago to try to close an access route to the debtor's retail store. The debtor will seek to hire attorney Scott hall as special counsel for the condemnation action. Mr. Hall has been representing the debtor on this matter.

11. The debtor has been sued for divorce by his wife. He voluntarily sends her $1,000.00 weekly to cover her living expenses. Any sales proposed by the debtor of any property in which he has an interest will have to be approved by the state court in which the divorce is pending due to the order entered prohibiting sales outside the ordinary course of business.

12. The debtor's son Jerod Bossert works in the business as the plant manager and anything else that needs to be done in the business. He makes $1,520.00 weekly.

13. The debtor believes that the fair market value of all of the real estate in which he has an interest is approximately $5,000,000.00. His plan is to sell enough of the real estate to pay Pinnacle bank and use the balance to pay his unsecured creditors.

        s/Lynn Tarpy
Lynn Tarpy (006017)
Tarpy, Cox, Fleishman & Leveille, PLLC
Landmark Center North Tower
1111 N. Northshore Drive
Suite N-290
Knoxville, Tennessee 37919
(865) 588-1096

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Case Management Summary have been served upon the U.S. Trustee through the Court's electronic filing system, and the creditors listed below by placing a copy in the United States Mail, first-class postage prepaid.

This the 22nd day of April, 2025.

        s/Lynn Tarpy
Lynn Tarpy

A&M Supply Corp.
P.O. Box 863602
Orlando, FL 32886-3620

Advance Business Technology, Inc.
1600 Oakwood Ave
Kannapolis, NC 28081

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express ADR
c/o CT Corporation
28 Liberty Street
New York, NY 10005

Assentium
23970 US 59
Kingwood, TX 77339

AT&T
PO Box 9001309
Louisville, KY 40290-1309

BMO
PO Box 3040
Cedar Rapids, IA 52406-3040

BMO Harris Bank, N.A.
c/o Greg Logue, Attorney
PO Box 900
Knoxville, TN 37901-0900

Casey Bossert
c/o Jed McKeehan, Attorney
Suite P-295
1111 N. Northshore Drive
Knoxville, TN 37919

Casey Bossert
1975 Lakebrook Circle
Dandridge, TN 37725

Citi Bank MC
PO Box 9001055
Louisville, KY 40290-1055

Cocke County Trustee
111 Court Ave
#107
Newport, TN 37821

Dell Financial Services
PO Box 5292
Carol Stream, IL 60197-5292

Discover Card Services
PO Box 6103
Carol Stream, IL 60197-6103

Ferguson Enterprise, Inc.
6422 Deane Hill Drive
Knoxville, TN 37919

Fifth Third Bank
P.O. Box 630778
Cincinnati, OH 45263-0778

First Citizens Bank
P. O. Box 63068
Charlotte, NC 28263-3068

GM Financial
1501 North Plano Rd.
Suite 100
Dallas, TX 75265-0595

Home Depot Credit Card
6716 Grade Lane
Building 9, Ste 910
Louisville, KY 40213

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

James and Jessica Summers
c/o The Taylor Law Office
Attn: Whitney Taylor, Attorney
120 W. Main Street
Kingsport, TN 37660

Jason Rogers, Esquire
PO Box 869
Knoxville, TN 37901-0869

Jefferson County Trustee
P.O. Box 38
Dandridge, TN 37725

Jerry McCarter, Esquire
PO Box 14
Gatlinburg, TN 37738

John Deere Credit
aka Deere Credit Services, Inc.
P. O. Box 6600
Johnston, IA 50131

Kalamata
1 Blue Hill Plaza
Lobby Level #1509
Pearl River, NY 10965

Lansing Building Products
1801 3rd Creek Road
Knoxville, TN 37921

Lowe's Commercial
PO Box 71725
Philadelphia, PA 19176-1725

Lowes
PO Box 530970
Atlanta, GA 30353

M. Edward Owens, Esquire
PO Box 2425
Knoxville, TN 37901-2425

Matthew Lamberth, Attorney
Suite P-295
1111 N. Northshore Dr
Knoxville, TN 37919

Mitsubishi Capital
800 Connecticut Ave
Norwalk, CT 06854

Newco Capital Group IV, LLC
c/o Crystal Cole, Attorney
PO Box 160760
Nashville, TN 37216

ORNL
PO Box 365
Oak Ridge, TN 37831

PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

Pinnacle Financial Partners
150 3rd Avenue South
Ste 900
Nashville, TN 37201

Schrock Cabinets
1 Masterbrand Cabinets
Jasper, IN 47546

Scott D. Hall, Esquire
374 Forks of the River Pkwy
Sevierville, TN 37862

Sevier County Clerk & Master
PO Box 4426
Sevierville, TN 37864-4426

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603

State of Tennessee
Attn: Martha H. McCampbell, Attorney
First Floor, Historic Post Office Bldg.
561 West Main Street
Knoxville, TN 37902

Target Financial Services
ATTN: Bankruptcy
P.O. Box 9475
Minneapolis, MN 55440

Truist Card Services
P.O. Box 200
Wilson, NC 27894-0200

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

US Bank
c/o Erno Lindner, Esquire
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450

US Bank
c/o Erno Linder, Esquire
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450

Walt Winchester, Esq.
Winchester, Sellers, Foster & Steele
P.O. Box 2428
Knoxville, TN 37901-2428

Wells Fargo Auto Finance
PO Box 29704
Phoenix, AZ 85038-9704