# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL NEIL BOSSERT, ) | CASE NO. 3:25-30618-SHB |
| ) | |
| Debtor(s) ) | Chapter 7 |
| ) | |

**TRUSTEE'S OBJECTION TO PINNACLE BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR ADEQUATE PROTECTION DOC. NO. 233**

Comes now the Trustee and for his objection to the Motion for Relief from Automatic Stay and for Adequate protection filed by Pinnacle Bank states as follows:

1. Pinnacle Bank, through counsel, filed a Motion for Relief from Automatic Stay and Adequate Protection on November 3, 2025. The creditor holds a mortgage security interest in real property located at 1712 Goddard Lane, Dandridge, TN 33725, 852 W Highway 25-70, Newport, TN 37821, 714 E Meeting Street, Dandridge, TN 37725 and 225 Winfield Dunn Parkway, Sevierville, TN 37876. All of the real property items are property of the estate.

2. As of November 3, 2025, Pinnacle Bank asserts it is owed approximately $1,672,150.60.

3. According to information in the Motion, the creditor/movant has appraised the properties for a total value of $ 2,449,000. The case was just converted to Chapter 7 and the Trustee is in the process of selling one property already listed and planning to sell additional items soon to allow full payoff to the creditor. Based upon the appraisals and opinion of the Trustee, the collateral for this creditor has substantial equity for the benefit of the estate and an equity cushion. Currently with the appraised values and equity cushion, there is no factual basis for adequate protection at this time.

4.  For the reasons stated above, the Trustee objects to the Motion for Relief from Automatic Stay and for Adequate Protection and asks that the Motion and requests be denied.

WHEREFORE, the Trustee prays that the Court deny the Motion for Relief from Automatic Stay and Adequate protection for the reasons stated herein and for such other relief to which he may be entitled.

Dated this 5th day of November, 2025

s/ John P. Newton, BPR #010817
s/ Kevin S. Newton, BPR #032713
s/ Richard M. Mayer, BPR # 005534
LAW OFFICES OF MAYER & NEWTON
Attorneys for Trustee
8351 E. Walker Springs Ln., Ste. 100
Knoxville, TN  37923
(865) 588-5111 Telephone
mayerandnewton@mayerandnewton.com

## CERTIFICATE OF SERVICE

I, John P. Newton, certify that a true and correct copy of the foregoing Trustee's Objection to Motion for Relief from Automatic Stay and for Adequate Protection has been served on the following via Electronic Case Filing (ECF), Email and/or United States Postal Service (USPS) on this the 5th day of November, 2025.

 s/ John P. Newton
 John P. Newton, BPR #010817
 Law Office of Mayer & Newton

Tiffany DiIorio, Esq. (ECF)
Office of the United States Trustee

KELLI DANIELLE HOLMES, Esq. (ECF)
Counsel for Debtors

Walter N. Winchester, Esq. (ECF)
Counsel for Pinnacle Bank

Michael Neil Bossert (USPS)
714 East Meeting Street
Dandridge, TN 37725