

**SO ORDERED.**
**SIGNED this 12th day of November, 2025**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | § § § | No. 3:25-bk-30618-SHB |
| MICHAEL NEIL BOSSERT, | § § | Chapter 7 |
| Debtor. | § § § | |

## AGREED ORDER LIFTING AUTOMATIC STAY

The State of Tennessee by and through its Attorney General and Reporter, Jonathan Skrmetti ("the State"), Debtor's counsel, Lynn Tarpy, and counsel for Pinnacle Bank, Walter Winchester, respectfully submit this Order granting relief from the automatic to the afore mentioned parties to allow the State to pursue its suit against the Debtor in Sevier County Circuit Court for the purpose of allowing the parties to resolve the ownership of the property rights of ingress and egress to the property located at 225 Winfield Dunn Parkway, Sevierville, TN ("subject property").

ORDERED:

That the automatic stay provided by 11 U.S.C. § 362(a) is lifted so that the parties in interest may resolve the ownership issues of the subject property in the Sevier County Circuit Court.

# # #

APPROVED FOR ENTRY

Respectfully Submitted:

**JONATHAN SKRMITTI**
Attorney General and Reporter

| | |
|---|---|
| s/ William F. McCormick | s/ John P. Newton, Jr. |
| William F. McCormick, BPR 012718 | John P. Newton, Jr. |
| Senior Assistant Attorney General | 8351 E. Walker Springs Lane |
| Office of the Attorney General | Suite 100 |
| P.O. Box 20207 | Knoxville, TN 37923 |
| Nashville, TN 37202-0207 | 865-588-5111 |
| 615-532-8930 | Chapter 7 Trustee |
| Bill.mccormick@ag.tn.gov | |
| | |
| s/ Walter N. Winchester | s/ Lynn Tarpy |
| Walter N. Winchester | Lynn Tarpy |
| Attorney for Pinnacle Bank | Attorney for Debtor |
| Suite 160, Bluegrass Commons | 1111Northshore Drive |
| Hendersonville, TN 37075 | Suite N-290 |
| 865-368-8317 | Knoxville, TN 37919 |
| Wwinchester@wsfs-law.com | 865-588-1096 |
| | ltarpy@tcflattorneys.com |

CERTIFICATE OF SERVICE

This the 10$^h$ day of November, 2025, the undersigned hereby certifies that a true and exact copy of the forgoing Agreed Order has been served upon the U.S. Trustee and all parties of record to receive notice electronically via the United States Bankruptcy Court's CM/ECF system.

*s/ William F. McCormick*
William F. McCormick