

**SO ORDERED.**
**SIGNED this 19th day of November, 2025**

_____
Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 3:25-bk-30618-SHB** |
| **MICHAEL NEIL BOSSERT** ) | **CHAPTER 7** |
| dba HEARTLAND, LLC ) | |
| ) | |
| Debtor. ) | |
| ) | |

## AGREED ORDER

This matter having come before the court pursuant to the Motion for Entry of Agreed Order filed by AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial") and the Court finding that the Debtor, GM Financial, and Chapter 7 Trustee have reached an agreement to terminate the automatic stay as to GM Financial and its collateral, to wit: (1) 2021 Chevrolet Silverado MD VIN: 1HTKHPVK9MH397660; (1) 2020 Chevrolet Silverado VIN: 1HTKJPVK4LH603325; and (1) 2021 Chevrolet Silverado VIN: 1HTKJPVK5MH603321 and (1) 2021 Chevrolet Silverado MD VIN: 1HTKHPVK8MH206763; it is accordingly

2

ORDERED, ADJUDGED and DECREED that GM Financial be and is hereby granted relief from the automatic stay provisions of 11 U.S.C. Section 362 and may proceed with the enforcement of its security interest in its collateral, to wit: 1) 2021 Chevrolet Silverado MD VIN: 1HTKHPVK9MH397660; (1) 2020 Chevrolet Silverado VIN: 1HTKJPVK4LH603325; and (1) 2021 Chevrolet Silverado VIN: 1HTKJPVK5MH603321, and with any and all other remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code; and

IT IS FURTHER ORDERED that the provisions of Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure be and is hereby waived by this Court

###

APPROVED FOR ENTRY:

/s/ Aaron J. Nash
Aaron J. Nash (TN 024631)
EVANS | PETREE, PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(615) 567-0168
anash@evanspetree.com
Attorney for GM Financial


/s/ Kelli D. Holmes
Thomas Lynn Tarpy
Kelli D. Holmes (042256)
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 Northshore Drive
Landmark Tower North, Suite N-290
Knoxville, TN 37919
(865) 588-1096
ltarpy@tcflattorneys.com
Attorneys for Debtor


/s/ John P. Newton, Jr.
John P. Newton, Jr.
Mayer & Newton
8351 E. Walker Springs Lane
Suite 100
Knoxville, TN 37923
(865) 588-5111
mayerandnewton@mayerandnewton.com
Ch. 7 Trustee