**STATE OF TENNESSEE**

**Office of the Attorney General**

F I L E D

DEC 04 2025

U.S. BANKRUPTCY COURT
Knoxville, Tennessee



**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

561 W. MAIN STREET
FIRST FLOOR, HISTORIC POST OFFICE BUILDING
KNOXVILLE, TENNESSEE 37902
TELEPHONE: (865) 594-6222
FACSIMILE: (865) 594-6565

December 1, 2025

William T. Magill
United States Bankruptcy Clerk
800 Market Street, Suite 330
Knoxville, Tennessee 37902

    RE:   In re: Michael Neil Bossert, Debtor
              Case No. 25-30618-SHB, Chapter 11

Dear Mr. Magill:

    Please remove the State of Tennessee Attorney General at the address above from the Debtor's list for the referenced matter, as we are no longer a part of this bankruptcy filing. Thank you for your assistance.

Sincerely,

MARTHA H. McCAMPBELL
Senior Assistant Attorney General

MHM/jlp