United States Bankruptcy Court

Eastern District of Tennessee

In re:   Case No. 25-30618-SHB

Michael Neil Bossert   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0649-3   User: admin   Page 1 of 2
Date Rcvd: Dec 02, 2025   Form ID: pdfbk   Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Pinnacle Bank, c/o Walter N. Winchester, 100 Bluegrass Commons Boulevard, Ste 160, Bluegrass Commons, Hendersonville, TN 37075-2732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mike@heartlandsales.net | Dec 02 2025 19:59:00 | Michael Neil Bossert, 714 East Meeting Street, Dandridge, TN 37725-5076 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2025 20:08:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 02 2025 20:08:00 | Americredit Financial Services, Inc. dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Dec 02 2025 20:08:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: mpugh@tokn.com | Dec 02 2025 20:08:00 | Northpoint Commercial Finance, c/o Thompson, O'Brien, Kappler & Nasuti, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092, UNITED STATES 30092-2865 |
| cr | + | Email/Text: Bankruptcy@ornlfcu.com | Dec 02 2025 20:08:00 | ORNL Federal Credit Union, c/o Jason L. Rogers, P.O. Box 869, Knoxville, TN 37901-0869 |
| cr | + | Email/Text: AGBankAGO@ag.tn.gov | Dec 02 2025 20:08:00 | Tennessee Attorney General - Real Property, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37201, UNITED STATES 37202-4015 |
| cr | ^ | MEBN | Dec 02 2025 20:00:23 | U.S. Bank National Association d/b/a U.S. Bank Equ, c/o Erno D. Lindner, Esq., 633 Chestnut Street, Suite 1900, Chattanooga, TN 37450-1801 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. dba GM Financ |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0649-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 02, 2025 | Form ID: pdfbk | Total Noticed: 9

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron J. Nash | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial anash@evanspetree.com, khodges@evanspetree.com |
| Bonnie Culp | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing LOGSECF@logs.com |
| Erno D. Lindner | on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank Equipment Finance elindner@bakerdonelson.com dspiegel@bakerdonelson.com |
| Jason L. Rogers | on behalf of Creditor ORNL Federal Credit Union jrogers@hdclaw.com  ROgle@hdclaw.com |
| John P. Newton, Jr. | tn27@ecfcbis.com |
| John P. Newton, Jr. | on behalf of Trustee John P. Newton  Jr. mayerandnewton@mayerandnewton.com |
| Kelli Danielle Holmes | on behalf of Debtor Michael Neil Bossert kholmes@tcflattorneys.com |
| Thomas Lynn Tarpy | on behalf of Debtor Michael Neil Bossert ltarpy@tcflattorneys.com |
| Tiffany A. Diiorio | on behalf of U.S. Trustee United States Trustee Tiffany.Diiorio@usdoj.gov |
| United States Trustee | Ustpregion08.kx.ecf@usdoj.gov |
| Walter N. Winchester | on behalf of Creditor Pinnacle Bank wwinchester@wsfs-law.com |
| William F. McCormick | on behalf of Creditor Tennessee Attorney General - Real Property agbankparsons@ag.tn.gov  agbankstair@ag.tn.gov |

TOTAL: 12



**SO ORDERED.**
**SIGNED this 1st day of December, 2025**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 25-30618-SHB |
| MICHAEL NEIL BOSSERT ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |
| ) | |

### ORDER

Upon the Motion of the Trustee to Shorten Time for Hearing on the Motion to Compel Turnover, pursuant to Rule 2002(a), for good cause shown, it is hereby ORDERED that the notice is shortened to fifteen (15) days.

### ###

APPROVED FOR ENTRY:

s/ John P. Newton   (#010817)
Attorneys for the Trustee
Law Office of Mayer & Newton
8351 E. Walker Springs Ln., Suite 100
Knoxville, TN 37923
(865) 588-5111